**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6755**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

DAVID LAMONT BEEKS,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (CR-01-828; CA-04-450-6-20)

---

Submitted: July 21, 2004          Decided: August 13, 2004

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

David Lamont Beeks, Appellant Pro Se. Regan Alexandra Pendleton, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Lamont Beeks seeks to appeal the district court's order summarily dismissing his motion under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Beeks has not made a substantial showing of the denial of a constitutional right. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED